UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUKA OGELE,<br><br>    Defendant. | Case No.: 06-CR-00546 MJJ<br><br>**ORDER GRANTING REQUEST FOR SUBSTITUTION OF COUNSEL AND REQUIRING MEET AND CONFER REGARDING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

On March 21, 2013, Defendant filed a Request for Substitution of Counsel and a Motion for Early Termination of Supervised Release. These motions have only recently come to the Court's attention, as the case was never reassigned to a new judge.

Good cause appearing, the Request for Substitution of Counsel is **GRANTED**.

Having reviewed the Motion for Early Termination of Supervised Release, the Court requests that counsel for the parties meet and confer with the U.S. Probation Office regarding said motion to select a time convenient for all parties to appear on the Court's criminal calendar. If the United States opposes the motion, it shall file an opposition within seven days of the date of this Order. If the motion is not opposed, the United States shall file a notice of non-opposition by the same date. Defendant may file a reply no later than four days after the opposition.

This Order terminates Dkt. No. 113.

**IT IS SO ORDERED.**

Dated: December 2, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**